IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS S. PROSPERI and SUSAN I. PROSPERI,<br><br>Plaintiffs,<br><br>vs.<br><br>TOWNSHIP OF SCOTT, BOARD OF COMMISSIONERS OF TOWNSHIP OF SCOTT, **DAVID JASON,** individually and in his capacity as Vice President and Commissioner of the Township of Scott, **JANET A. BEERHALTER,** individually and in her capacity as Commissioner of the Township of Scott, **THOMAS M. CASTELLO,** individually and in his capacity as Commissioner of the Township of Scott, **J. DAVID HENDERSON,** individually and in his capacity as Commissioner of the Township of Scott, **EILEEN MEYERS,** individually and in her capacity as Commissioner of the Township of Scott, **JAMES WALTHER,** individually and in his capacity as Commissioner of the Township of Scott, **JEAN O'TOOLE,** individually and in her capacity as Commissioner of the Township of Scott, **CRAIG C. STEPHENS,** individually and in his capacity as President and Commissioner of the Township of Scott, and **LENNON, SMITH, SOULERET ENGINEERING, INC.,** individually and in its capacity as engineer of the Township of Scott.<br><br>Defendants. | 2:06cv501<br>Electronic Filing |

## MEMORANDUM ORDER

AND NOW, this ___7___ day of September, 2006, after motions to dismiss or, in the alternative, for a more definite statement were submitted by the defendants, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the parties, as well as the plaintiffs' responses to the defendants' objections, and after independent review of the pleadings and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion to dismiss filed by defendants Scott Township, its Board of Commissioners, and the individually named Commissioners (Document No. 20) is granted as to the plaintiffs' procedural due process claim in Count I of the complaint and as to the plaintiffs' prayer for punitive damages against Scott Township, its Board of Commissioners and the Commissioners named in their official capacities and denied in all other respects, that their alternate motion for a more definite statement (w/Document No. 20) is denied, that the motion to dismiss submitted by defendant Lennon, Smith, Souleret Engineering, Inc. (Document No. 6) is granted as to the plaintiffs' procedural due process claim in Count I of the complaint and as to the prayer for punitive damages against it in its official capacity and denied in all other respects, and that its alternate motion for a more definite statement (w/Document No. 6) is denied.

                                              David Stewart Cercone
                                              United States District Judge

cc:      Honorable Robert C. Mitchell
          United States Magistrate Judge

          Patrick K. Cavanaugh, Esquire
          Del Sole Cavanaugh
          200 First Avenue
          The Waterfront Building
          Pittsburgh, PA 15222

          Louis A. Prosperi, Esquire
          Law Office of Louis A. Prosperi
          310 Grant Street
          Suite 3601
          Pittsburgh, PA 15219

          Peter Molinaro, Jr., Esquire
          Dell, Moser, Lane & Loughney
          525 William Penn Place
          Suite 3700
          Pittsburgh, PA 15219