IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS S. PROSPERI and<br>SUSAN I. PROSPERI,<br><br>   Plaintiffs,<br><br>  vs.<br><br>TOWNSHIP OF SCOTT, BOARD OF COMMISSIONERS OF TOWNSHIP OF SCOTT, DAVID JASON, individually and in his capacity as Vice President and Commissioner of the Township of Scott, JANET A. BEERHALTER, individually and in her capacity as Commissioner of the Township of Scott, THOMAS M. CASTELLO, individually and in his capacity as Commissioner of the Township of Scott, J. DAVID HENDERSON, individually and in his capacity as Commissioner of the Township of Scott, EILEEN MEYERS, individually and in her capacity as Commissioner of the Township of Scott, JAMES WALTHER, individually and in his capacity as Commissioner of the Township of Scott, JEAN O'TOOLE, individually and in her capacity as Commissioner of the Township of Scott, CRAIG C. STEPHENS, individually and in his capacity as President and Commissioner of the Township of Scott, and LENNON, SMITH, SOULERET ENGINEERING, INC., individually and in its capacity as engineer of the Township of Scott.<br><br>   Defendants. | 2:06cv501<br>Electronic Filing |

## MEMORANDUM ORDER

AND NOW, this **22** day of February, 2007, after cross-claim defendants' Scott Township, its Board of Commissioners, and the individually named Commissioners filed a motion for judgment on the pleadings on the cross claim for contractual indemnity filed by Lennon, Smith, Souleret Engineering, Inc., and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and after independent review of the pleadings and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motion for judgment on the pleadings filed by cross-claim defendants Scott Township, its Board of Commissioners, and the individually named Commissioners on the cross-claim for contractual indemnity filed by Lennon, Smith, Souleret Engineering, Inc. (Document No. 53) is denied as to Scott Township and granted as to its Board of Commissioners and the individually named Commissioners.

*[signature]*

David Stewart Cercone
United States District Judge

cc:  Honorable Robert C. Mitchell
United States Magistrate Judge

Patrick K. Cavanaugh, Esquire
Del Sole Cavanaugh
200 First Avenue
The Waterfront Building
Pittsburgh, PA 15222

Louis A. Prosperi, Esquire
Law Office of Louis A. Prosperi
310 Grant Street
Suite 3601
Pittsburgh, PA 15219

Peter Molinaro, Jr., Esquire
Dell, Moser, Lane & Loughney
525 William Penn Place
Suite 3700
Pittsburgh, PA 15219

Francis X. McTiernan, Jr., Esquire
Jeffrey A. Kubay, Esquire
Wayman, Irvin & McAuley
1624 Frick Building
Pittsburgh, PA 15219

Scott G. Dunlop, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street,
Pittsburgh, PA 15219