IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS S. PROSPERI and SUSAN I. PROSPERI,<br><br>  Plaintiffs,<br><br>  vs.<br><br>TOWNSHIP OF SCOTT, BOARD OF COMMISSIONERS OF TOWNSHIP OF SCOTT, DAVID JASON, individually and in his capacity as Vice President and Commissioner of the Township of Scott, JANET A. BEERHALTER, individually and in her capacity as Commissioner of the Township of Scott, THOMAS M. CASTELLO, individually and in his capacity as Commissioner of the Township of Scott, J. DAVID HENDERSON, individually and in his capacity as Commissioner of the Township of Scott, EILEEN MEYERS, individually and in her capacity as Commissioner of the Township of Scott, JAMES WALTHER, individually and in his capacity as Commissioner of the Township of Scott, JEAN O'TOOLE, individually and in her capacity as Commissioner of the Township of Scott, CRAIG C. STEPHENS, individually and in his capacity as President and Commissioner of the Township of Scott, and LENNON, SMITH, SOULERET ENGINEERING, INC., individually and in its capacity as engineer of the Township of Scott.<br><br>  Defendants. | 2:06cv501<br>**Electronic Filing** |

## MEMORANDUM ORDER

AND NOW, this **8** day of June, 2007, after the plaintiffs filed a civil rights complaint in the above-captioned case, and after the defendants moved for partial summary judgment on Count III of the complaint, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties were granted thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the pleadings, and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the motions for partial summary judgment on Count III of the complaint filed by defendants Scott Township, its Board of Commissioners, and the individually named Commissioners (Document No. 67) and by Lennon, Smith, Souleret Engineering, Inc. (Document No. 71) are GRANTED.

*(signature)*

David Stewart Cercone
United States District Judge

cc: Honorable Robert C. Mitchell
United States Magistrate Judge

Patrick K. Cavanaugh, Esquire
Del Sole Cavanaugh
200 First Avenue
The Waterfront Building
Pittsburgh, PA 15222

Louis A. Prosperi, Esquire
Law Office of Louis A. Prosperi
310 Grant Street
Suite 3601
Pittsburgh, PA 15219

Peter Molinaro, Jr., Esquire
Dell, Moser, Lane & Loughney
525 William Penn Place
Suite 3700
Pittsburgh, PA 15219

Francis X. McTiernan, Jr., Esquire
Jeffrey A. Kubay, Esquire
Wayman, Irvin & McAuley
1624 Frick Building
Pittsburgh, PA 15219

Scott G. Dunlop, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
USX Tower, Suite 2900
600 Grant Street,
Pittsburgh, PA 15219